UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONYA MARQUEZ, et al., <br><br>        Plaintiffs, <br><br>  v. <br><br>TRUIST BANK, et al., <br><br>        Defendants. | Case No.  1:22-cv-00441-JLT-EPG <br><br>ORDER REGARDING STIPULATION OF DISMISSAL <br><br>(ECF Nos. 21, 23) |

      On August 24, 2022, Plaintiffs filed a stipulation of dismissal without prejudice as to Defendant Equifax. (ECF No. 21). Because this stipulation was not "signed by all parties who have appeared"—only Plaintiffs and Defendant Equifax signed the stipulation—the Court ordered Defendant Truist Bank to submit a filing approving or opposing the stipulation of dismissal. (ECF No. 22). On September 8, 2022, Defendant Truist Bank filed a signed notice approving of the stipulation of dismissal. (ECF No. 23).

      Accordingly, the case against Defendant Equifax has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed without prejudice and without an award of costs or attorneys' fees.  Accordingly, the Clerk of Court is directed to terminate Defendant Equifax as a defendant from the docket and to terminate the stipulation of dismissal. (ECF No. 21).

IT IS SO ORDERED.

Dated:  **September 9, 2022**                          /s/ Erica P. Grosjean
                                                                          UNITED STATES MAGISTRATE JUDGE