BALLARD SPAHR LLP
Jessica M. Simon (State Bar No. 277581)
simonjm@ballardspahr.com
Elliot G. Johnson (State Bar No. 317303)
johnsonegballardsparh.com
2029 Century Park East, Suite 1400
Los Angeles, CA  90067-2915
Tel.: 424.204.4400; Fax: 424.204.4350

Attorneys for Defendant
TRUIST BANK f/k/a SUNTRUST
BANK d/b/a LIGHTSTREAM

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| TONYA MARQUEZ AND STEVE MARQUEZ<br><br>Plaintiff,<br><br>v.<br><br>TRUIST BANK f/k/a SUNTRUST BANK d/b/a LIGHTSTREAM; and EQUIFAX INFORMATION SERVICES, LLC<br><br>Defendants. | Case No. 1:22-cv-00441-JLT-EPG<br><br>REQUEST FOR ADDITIONAL TIME TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 28) |

Defendant Truist Bank f/k/a Suntrust Bank d/b/a Lightstream ("Truist") and Plaintiffs Tonya and Steve Marquez ("Plaintiffs"), by and through their attorneys of record, hereby stipulate and request as follows:

WHEREAS, Plaintiffs filed a notice of settlement with Truist and of the entire case on September 14, 2022;

WHEREAS, the Court ordered dispositional documents to be filed by October 11, 2022 or for the parties to request additional time;

WHEREAS, the parties have endeavored diligently to complete settlement and file dispositional documents;

WHEREAS, the parties require additional time to complete settlement and file dispositional documents.

NOW THEREFORE, the parties request a continuance of the deadline to file dispositional documents of at least 60 days.

DATED:  October 12, 2022          BALLARD SPAHR LLP
                                  Jessica M. Simon
                                  Elliot G. Johnson

                                  By:  */s/ Elliot G. Johnson*
                                       Elliot G. Johnson

                                  Attorneys for Defendant TRUIST BANK f/k/a SUNTRUST BANK d/b/a LIGHTSTREAM

DATED:  October 12, 2022          LAW OFFICE OF ROBERT S. GITMEID, P.C.
                                  Stanley Robert Apps

                                  By:  */s/ Stanley Robert Apps*
                                       Stanley Robert Apps

                                  Attorney for Plaintiffs TONY and STEVE MARQUEZ

I hereby certify that all other signatories listed, on whose behalf this filing is submitted concur with the contents of this filing and have authorized filing.

Dated: October 11, 2022           */s/ Elliot G. Johnson*
                                  Elliot G. Johnson

1

**ORDER**

Pursuant to the parties' stipulation (ECF No. 28) for an extension of at least sixty days to file dispositional documents, IT IS ORDERED that the parties shall file the appropriate dispositional documents by no later than December 12, 2022.

IT IS SO ORDERED.

Dated:  **October 12, 2022**              /s/ Erica P. Grosjean
                                          UNITED STATES MAGISTRATE JUDGE

2