UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONYA MARQUEZ, et al.,<br><br>             Plaintiffs,<br><br>      v.<br><br>TRUIST BANK, et al.,<br><br>             Defendants. | Case No. 1:22-cv-00441-JLT-EPG<br><br>ORDER RE: STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(ECF No. 31) |

On December 21, 2022, the parties filed a joint stipulation dismissing this action with prejudice and without an award of costs and attorneys' fees. (ECF No. 31). In light of the parties' stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed with prejudice and without an award of costs or attorneys' fees. Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

   Dated:  **December 22, 2022**                    /s/ Erica P. Grosjean
                                                    UNITED STATES MAGISTRATE JUDGE

1